Mathew K. Higbee, Esq., SBN 241380
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite #200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law

Attorney for Plaintiff,
*Mark Johnson*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| MARK JOHNSON, | Case No. 4:25-cv-01740-~~KAW~~ EKL |
| *Plaintiff*, | **[PROPOSED]** **ORDER TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT TERMS** |
| v. | |
| KILOMONKEY, LLC d/b/a SNAPPYGOAT.COM.; AARON J. FLIN, individually; and DOES 1 through 10 inclusive, | |
| *Defendants*. | |

Plaintiff has voluntarily dismissed this case with prejudice against all named Defendants consistent with Fed. R. Civ. P. 41(a)(1)(A)(i) and requested that the dismissal be conditioned upon the Court retaining jurisdiction over this matter until July 21, 2025 to enforce the terms of the parties' settlement agreement. (Notice of Voluntary Dismissal, ECF No. 16.)

IT IS HEREBY ORDERED as follows:

**(1)** The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**(2)** The Court will retain jurisdiction over this matter until July 21, 2025 to enforce the terms of the parties' settlement agreement.

ENTERED this 29th day of ~~May~~ April 2025.

_____
HON. EUMI K. LEE
United States District Judge